IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**ABEL NORBERTO REYES,**<br>Defendant. | **CRIMINAL NO.: 17-592 (ADC)** |

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is hereby given by Abel Norberto Reyes, the defendant herein, that he respectfully appeals to the United States Court of Appeals for the First Circuit from the Judgment and Sentence entered against him on July 30, 2018 before Honorable Aida Delgado-Colon, United States District Judge for the District of Puerto Rico.

Defendant further requests that the Office of the Federal Defender, District of Puerto Rico, continue representing him in this appeal.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 3rd day of August, 2018.

                          **ERIC A. VOS**
                          **Federal Public Defender**
                          **District of Puerto Rico**

                          */S/ JUAN J. MICHELEN*
                          **JUAN J. MICHELEN**
                          **USDC-G02601**
                          **A.F.P.D. for Defendant**
                          **241 Franklin D. Roosevelt Avenue**
                          **San Juan, PR   00918-2441**
                          **Tel. (787) 281-4922**
                          **Fax (787) 281-4899**
                          **E-mail : [juan_michelen@fd.org](mailto:juan_michelen@fd.org)**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 3rd day of August, 2018.

**ERIC A. VOS**
**Federal Public Defender**
**District of Puerto Rico**

*/S/ JUAN J. MICHELEN*
**JUAN J. MICHELEN**
**USDC-G02601**
**A.F.P.D. for Defendant**
**241 Franklin D. Roosevelt Avenue**
**San Juan, PR   00918-2441**
**Tel. (787) 281-4922**
**Fax (787) 281-4899**
**E-mail :** juan_michelen@fd.org